UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DEMEREW W. YOHANNES,

        Plaintiff,

v.

CENTRAL PARKING SYSTEMS, INC.

        Defendant.

Civil Action No. 03-12390 NG

### DEFENDANT'S CORPORATE DISCLOSURE

Now comes the Defendant, by and through their counsel, and hereby submits the following disclosure of corporate affiliations pursuant to Local Rule 7.3:

There is no corporation "Central Parking Systems, Inc." Plaintiff was employed by Kinney System, Inc. d/b/a Central Parking System of Massachusetts, a Delaware corporation, which is a wholly owned subsidiary of Central Parking System, Inc. That entity is a wholly owned subsidiary of Central Parking Corporation. Central Parking Corporation is a public company, which is traded on the New York Stock Exchange. Consequently, Plaintiff has

improperly named the corporate defendant in this matter.

                                      Respectfully submitted,

                                      KINNEY SYSTEM, INC., d/b/a/
                                      CENTRAL PARKING SYSTEM OF
                                      MASSACHUSETTS

                                      By its attorneys,

                                      */s/ Sandra E. Kahn*
                                      Mark H. Burak, BBO # 558805
                                      Sandra E. Kahn, BBO # 564510
                                      MORSE, BARNES-BROWN & PENDLETON, P.C.
                                      Reservoir Place
                                      1601 Trapelo Road
                                      Waltham, MA 02451
                                      (781) 622-5930
                                      (781) 622-5933 (facsimile)

Dated: February 5, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by first class mail on February 5, 2004.

                                      */s/ Sandra E. Kahn*
                                      Sandra E. Kahn