## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

## __ORDER OF REFERENCE__

Check if previously referred _____

Demerew W. Yohannes

V.                                                      CA/CR No. 03-12390 -NG

Central Parking Systems, Inc.,                          Criminal Category _____

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge **Alexander** for the following proceedings:

(A)             Referred for full pretrial case management, including all dispositive motions.

(B)     **XX**     **Referred for full pretrial case management, not including dispositive motions:**

(C)             Referred for discovery purposes only.

(D)             Referred for Report and Recommendation on:

                (  ) Motion(s) for injunctive relief
                (  ) Motion(s) for judgment on the pleadings
                (  ) Motion(s) for summary judgment
                (  ) Motion(s) to permit maintenance of a class action
                (  ) Motion(s) to suppress evidence
                (  ) Motion(s) to dismiss
                (  ) Post Conviction Proceedings[1]
                See Documents Numbered: _____

(E)             Case referred for events only.  See Doc. No(s). _____

(F)             Case referred for settlement.

(G)             Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
                (  ) In accordance with Rule 53, F.R.Civ.P.
                (  ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)             **Special Instructions: for Scheduling Conference and all pretrial.**

        _____

   2/13/04                                        By:     /s/Maryellen Molloy
Date                                                     Deputy Clerk

_____

        1