UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEMEREW W. YOHANNES,<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL PARKING SYSTEMS, INC.<br><br>Defendant. | Civil Action No. 03-12390 NG |

## LOCAL RULE 16.1 JOINT SCHEDULING CONFERENCE REPORT

**I.    Preliminary Statement**

The parties certify that they have conferred prior to the scheduling conference for the purpose of: (1) preparing an agenda of matters to be discussed at the conference; (2) preparing a proposed pretrial schedule and discovery plan; and (3) considering whether they consent to trial by magistrate judge. Certifications required by Local Rule 16.1(D)(3) will be filed separately.

**II.    Agenda of Matters to Be Discussed At Scheduling Conference**

The parties suggest that the following matters be discussed at the Scheduling Conference:

(a)    Schedule for discovery and dispositive motions.

### III. Proposed Joint Pretrial Discovery and Motion Schedule

The parties propose the following discovery and motion schedule:

Automatic Disclosure due – March 11, 2004

Plaintiff's expert disclosure served – June 11, 2004

Defendants' expert disclosure served – July 12, 2004

All discovery completed – October 29, 2004

All dispositive motions filed – December 10, 2004

### IV. Trial by Magistrate

The parties do not at this time consent to trial by magistrate judge.

Respectfully submitted,

| | |
|---|---|
| DEMEREW W. YOHANNES | KINNEY SYSTEM, INC. d/b/a<br>CENTRAL PARKING SYSTEM OF<br>MASSACHUSETTS |
| By his attorney, | By its attorneys, |
| *Stephen Hrones (SEK)*<br>Stephen B. Hrones, BBO # 242860<br>HRONES & GARRITY<br>Lewis Wharf, Bay 232<br>Boston, Massachusetts 02110<br>(617) 227-4019<br>(617) 227-3908 (facsimile) | *Sandra Kahn*<br>Mark H. Burak, BBO # 558805<br>Sandra E. Kahn, BBO # 564510<br>MORSE, BARNES-BROWN & PENDLETON, P.C.<br>Reservoir Place<br>1601 Trapelo Road<br>Waltham, MA 02451<br>(781) 622-5930<br>(781) 622-5933 (facsimile) |

Dated: February 23, 2004

# MORSE, BARNES-BROWN & PENDLETON, P.C.

*The Business Law Firm on Route 128*

Reservoir Place • 1601 Trapelo Road • Waltham, MA 02451 • (781) 622-5930 • Fax (781) 622-5933 • email: mbbp@mbbp.com

Writer's email:
sek@mbbp.com

February 23, 2004

**BY OVERNIGHT MAIL**

Clerk's Office
United States District Court for the
District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

Re: **Demerew Yohannes v. Central Parking Systems, Inc.
Civil Action No. 03-12390 NG**

Dear Sir or Madam:

Enclosed for filing in the above-referenced matter please find the parties' Joint Scheduling Conference Report.

Thank you for your attention to this matter.

Very truly yours,

Sandra E. Kahn

Enclosures

cc: Stephen Hrones, Esq.