UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DEMEREW W. YOHANNES
      Plaintiff

V.                                          CIVIL NO. 03-12390 NG

CENTRAL PARKING SYSTEMS, INC.
      Defendant

## SCHEDULING ORDER

ALEXANDER, U.S.M. J.

      This Order is intended primarily to aid and assist counsel in scheduling and planning the preparation and presentation of cases, thereby insuring the effective, speedy and fair disposition of cases, either by settlement or trial.

      The above-entitled action having been filed on **November 26, 2003**, it is hereby ORDERED pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(F), that:

(1)    amendments and/or supplements to the pleadings or motions for leave to file the same may be filed by **March 30, 2004**, subject to the provisions of the Federal Rules of Civil Procedure;

(2)    all trial experts are to be designated by **June 11, 2004,** and disclosure of information contemplated by FRCP, Rule 26(b) is to be provided by **July 12, 2004**;

(3)    all dispositive motions, including motions for summary judgment, are to be filed by **December 10, 2004**, and responses are to be filed fourteen (14) days thereafter pursuant to Local Rule 7.1 and all filings must conform to the requirements of Local Rule 56.1;

(6)    discovery is to be completed by **October 29, 2004**, unless shortened or enlarged by Order of this Court;

(7)    a further status conference or motion hearing will be held on

**June 8, 2004**, at **3:15 PM** in **Courtroom # 24** on the **7**[th] floor.

All provisions and deadlines contained in this order having been established with the participation of the parties to this case, any requests for modification must be presented to the district judge or magistrate judge, if referred for case management proceedings. Any requests for extension will be granted only for good cause shown supported by affidavits, other evidentiary materials, or reference to pertinent portions of the record. The request shall be made by motion and shall contain the reasons for the request, a summary of the discovery which remains to be taken, and a date certain when the requesting party will complete the additional discovery, join other parties, amend the pleadings or file motions. The Court may then enter a final scheduling order, if necessary.

Counsel are encouraged to seek an early resolution of this matter. Additional case management conferences may be scheduled by the court or upon the request of counsel, if the Court can be of assistance in resolving preliminary issues or in settlement.

IT IS HEREBY ORDERED THAT

A **status conference** is scheduled at **3:15 PM** on **June 8, 2004,** Courtroom 24, 7th floor.

                                              HONORABLE JOYCE LONDON ALEXANDER
                                              UNITED STATES MAGISTRATE JUDGE
                                              By the Court:

                                              /S/ Rex Brown
                                              Courtroom Clerk

February 26, 2004
Date