UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEMEREW W. YOHANNES,<br><br>    Plaintiff,<br><br>v.<br><br>CENTRAL PARKING SYSTEMS, INC.<br><br>    Defendant. | Civil Action No. 03-12390 NG |

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Defendant and its counsel hereby certify that they have conferred concerning the following: (a) establishing a budget for the costs of conducting the full course and various alternative courses of the litigation; and (b) considering the resolution of the litigation through the use of alternative dispute resolution programs.

    Respectfully submitted,

    Counsel for Defendants:

    _____
    Mark H. Burak, BBO # 558805
    Sandra E. Kahn, BBO # 564510
    MORSE, BARNES-BROWN & PENDLETON, P.C.
    Reservoir Place
    1601 Trapelo Road
    Waltham, MA 02451
    (781) 622-5930
    (781) 622-5933 (facsimile)

KINNEY SYSTEM, INC. d/b/a
CENTRAL PARKING SYSTEM OF
MASSACHUSETTS

_____
Christopher M. Kato

Dated: February 23, 2004

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by first class mail on ~~February~~ March 4, 2004

_____
Sandra E. Kahn