UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DEMEREW W. YOHANNES,
    Plaintiff,

v.

CENTRAL PARKING SYSTEMS, INC.,
    Defendant

)
)
)
)
)
)
)
)
)

C.A. No. 03-12390-NG

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 16.1

The undersigned party and counsel certify that we have conferred:

(a)    with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of litigation; and

(b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs.

_____
Demerew Yohannes

_____
Stephen B. Hrones (BBO No. 242860)
Jessica D. Hedges (BBO No. 645847)
HRONES & GARRITY
Lewis Wharf–Bay 232
Boston, MA 02110-3927
T)617/227-4019

Dated: March__12th__, 2004

### CERTIFICATE OF SERVICE

I, Stephen Hrones, hereby certify that on this 12th day of March, 2004, I served one true and correct copy of the Plaintiff's CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 16.1 by United States First-Class Mail, postage prepaid as follows: Mark H Burak, Esq., Sandra E Kahn, Esq., MORSE BARNES-BROWN & PENDLETON, Reservoir Place, 1601 Trapelo Rd, Waltham, MA 02457.

_____
Stephen Hrones