AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF Massachusetts

Demerew W. Yohannes
- v -
Central Parking Systems

APPEARANCE

Case Number: 03-12390 NG

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Demerew W. Yohannes

I certify that I am admitted to practice in this court.

Date 2/26/04

FILED IN OPEN COURT
R.B.
U.S. DISTRICT C...
2/6

Signature: _Jessica Hodges_
Print Name: Jessica Hodges    Bar Number: 645847
Address: Hones & Garrity   Bay 232
City: Boston   State: MA   Zip Code: 02120
Phone Number: 617-227-4019
Fax Number: