UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 JUN 25  A 11: 53

U.S. DISTRICT COURT
DISTRICT OF MASS.

DEMEREW W. YOHANNES,

Plaintiff,

v.

Civil Action No. 03-12390 NG

CENTRAL PARKING SYSTEMS, INC.

Defendant.

## NOTICE OF APPEARANCE

Please enter the appearance of Scott J. Connolly, Esq. as attorney for Defendant Central Parking Systems, Inc. in the above-captioned matter.

Respectfully submitted,

_____
Scott J. Connolly, BBO # 651007
MORSE, BARNES-BROWN & PENDLETON, P.C.
Reservoir Place
1601 Trapelo Road
Waltham, MA 02451
(781) 622-5930
(781) 622-5933 (facsimile)

Dated: June 25, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by first class mail on June 25, 2004.

_____
Scott J. Connolly