UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 2003-CV-12390-NG

DEMEREW W. YOHANNES,
Plaintiff

V.

CENTRAL PARKING SYSTEMS, INC.,
Defendant

**ORDER ON
DEFENDANT'S MOTION FOR SANCTIONS**

ALEXANDER, M.J.

In light of the plaintiff's counsel's failure to appear in timely fashion on June 8, 2004 for the properly noticed status conference, and after consideration of the defendant's motion for sanctions, this Court ALLOWS the motion and awards the defendant, Central Parking Systems, Inc., the sum of $1,000 for expenses and attorneys' fees. The fees awarded shall be paid by plaintiff's counsel within thirty (30) days of receipt of this Order. **FAILURE OF THE PLAINTIFF TO ABIDE BY ALL FURTHER ORDERS OF THIS COURT SHALL RESULT IN A DISMISSAL OF THE ACTION.** SO ORDERED.

8/3/04
Date

United States Magistrate Judge