UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEMEREW W. YOHANNES,<br><br>            Plaintiff,<br><br>v.<br><br>CENTRAL PARKING SYSTEMS, INC.<br><br>            Defendant. | Civil Action No. 03-12390 NG |

## JOINT MOTION TO AMEND THE SCHEDULING ORDER

The parties in the above referenced action hereby move to amend the scheduling order in this case to allow for a two month extension of time to complete discovery which has already been served or noticed and file dispositive motions, specifically, to allow for completion of this outstanding discovery by January 28, 2004, and the filing of dispositive motions by March 10, 2005.

As grounds for their motion, the parties state as follows:

1. The parties have cooperated in this matter concerning the scheduling of various discovery events.

2. Defendant has served requests for production of documents and requests for interrogatories on Plaintiff, and has taken Plaintiff's deposition.

3. On August 29, 2004, in his deposition, Plaintiff indicated for the first time that he had begun treatment with a medical practitioner concerning matters relevant to his case against Defendant. Defendant has served this medical practitioner with a subpoena, noticing her

deposition and the production of documents, however the medical practitioner's deposition has not yet been taken nor have the requested documents been produced.

4.      Also on August 29, 2004, Plaintiff testified concerning witnesses whom he believes will have relevant information concerning his case.  Defendant has noticed the depositions of these witnesses and served them with subpoenas, but not all of the witnesses have appeared pursuant to the subpoenas.

5.      On October 7, 2004, Plaintiff served Defendant with his first request for production of documents.

6.      The parties need the requested time to complete discovery matters which have already been timely noticed and served, but which require cooperation from third parties which has not been forthcoming.  The parties will not use this extension of time to serve additional discovery.  In making this request, neither party waives any objections they might have to any existing discovery matters.

7.      This is the first request for an extension of time for discovery.

8.      Neither the parties nor the Court will suffer any prejudice by amendment of the scheduling order in this case.  Rather, amending the scheduling order will allow the parties to prepare the case properly, and may narrow or resolve the issues and   for a more streamlined trial.

WHEREFORE, the parties respectfully request that the Court amend the tracking order to allow for completion of discovery by January 28, 2005, and the filing of dispositive motions by March 10, 2005 and grant such further relief as the Court deems just and proper.

Respectfully submitted,

| | |
|---|---|
| DEMEREW W. YOHANNES | KINNEY SYSTEM, INC. d/b/a<br>CENTRAL PARKING SYSTEM OF<br>MASSACHUSETTS |
| By his attorneys, | By its attorneys, |
| *Jessica B Hedges (MHB)* | *Mark H Burak* |
| Stephen B. Hrones, BBO # 242860<br>Jessica B. Hedges, BBO# 645847<br>HRONES & GARRITY<br>Lewis Wharf, Bay 232<br>Boston, Massachusetts 02110<br>(617) 227-4019<br>(617) 227-3908 (facsimile) | Mark H. Burak, BBO # 558805<br>Sandra E. Kahn, BBO # 564510<br>MORSE, BARNES-BROWN & PENDLETON, P.C.<br>Reservoir Place<br>1601 Trapelo Road<br>Waltham, MA 02451<br>(781) 622-5930<br>(781) 622-5933 (facsimile) |

Dated: October 25, 2004

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by facsimile on October 25, 2004.

*Mark H B*
Mark H. Burak