UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DEMEREW W. YOHANNES
    Plaintiff

V.                                CIVIL NO. 03-12390 NG

CENTRAL PARKING SYSTEMS, INC.
    Defendant

NOTICE OF
STATUS CONFERENCE

ALEXANDER, M.J.

**PLEASE TAKE NOTICE** that the above-entitled action has been scheduled for a **Status Conference** at **10:30 a.m.** on **Wednesday, November 3, 2004,** before Judge Joyce London Alexander in Courtroom #24, 7th floor, United States Courthouse, One Courthouse Way, Boston, MA 02210.

                         HONORABLE JOYCE LONDON ALEXANDER
                         UNITED STATES MAGISTRATE JUDGE

                         By the Court:

October 26, 2004          /S/ Rex Brown
Date                       Courtroom Clerk
                           (617) 748-9238

Notice to:    Stephen B. Hrones, Esq.
                *Via electronic filing*
                Mark H. Burak, Esq.
                *Via electronic filing*
                Sandra E. Kahn, Esq.
                *Via electronic filing*
                Jessica Diane Hedges, Esq.
                *Via electronic filing*
                Scott Joseph Connolly
                *Via electronic filing*