UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 2003-CV-12390-NG

DEMEREW W. YOHANNES,
Plaintiff

V.

CENTRAL PARKING SYSTEMS, INC.,
Defendant

ORDER ON
JOINT MOTION TO AMEND THE SCHEDULING ORDER
(Docket # 14)

ALEXANDER, M.J.

For good cause shown, the Court ALLOWS the parties Joint Motion to Amend the Scheduling Order. All discovery in this matter is to be completed by January 28, 2005, and the filing of dispositive motions by March 10, 2005. No further extensions of discovery shall be permitted. The status conference in this case, currently scheduled for November 3, 2004, is hereby continued to February 9, 2005, at 2:00 p.m. in Courtroom 24, Seventh Floor, United States Courthouse, One Courthouse Way, Boston, Massachusetts.

SO ORDERED.

10/29/04
Date

United States Magistrate Judge