LAW OFFICES
# HRONES AND GARRITY

LEWIS WHARF - BAY 232
BOSTON, MASSACHUSETTS 02110-3927

STEPHEN HRONES
JESSICA D. HEDGES

OF COUNSEL
DONALD HARWOOD
(ALSO MEMBER OF NEW YORK BAR)

TELEPHONE (617) 227-4019
FACSIMILE (617) 227-3908
E-MAIL sbhlaw@comcast.net
E-MAIL hrones@masscriminallawyer.com
WEBSITE www.masscriminallawyer.com

PAUL J. GARRITY
(ALSO MEMBER OF NEW HAMPSHIRE BAR)

NEW HAMPSHIRE OFFICE:

14 LONDONDERRY ROAD
LONDONDERRY, NEW HAMPSHIRE 03053
TELEPHONE (603) 434-4106
FACSIMILE (603) 437-6714

December 9, 2004

RECEIVED
Judge Alexander's Chambers
DEC 10 2004

Honorable Joyce London Alexander,
 Magistrate Judge
United States District Court/DMass
Moakley United States Cths, Ste 7410
1 Courthouse Way
Boston, MA 02210

   Re: *Demerew Yohannes v. Central Parking, Inc.*, USDC/DMass CA No. 03-12390-NG

Dear Judge Alexander:

   Enclosed is a copy of Stephen Hrones' transmittal letter and check to counsel Morse Barnes-Brown & Pendleton as and for payment of sanctions pursuant to this Court's order in the above-mentioned proceeding.

   Please do not hesitate to contact this office if questions or problems arise, or if you will require anything further at this time. Thank you for your courtesies.

Very truly yours,

ADRYANN M. STRAUSS
Assistant to Stephen Hrones

AMS/ams
Enclosure

LAW OFFICES
# Hrones and Garrity
LEWIS WHARF - BAY 232
BOSTON, MASSACHUSETTS 02110-3927

STEPHEN HRONES
JESSICA D. HEDGES

OF COUNSEL
DONALD HARWOOD
(ALSO MEMBER OF NEW YORK BAR)

LIONEL PORTER
PARALEGAL

TELEPHONE (617) 227-4019
FACSIMILE (617) 227-3908
E-MAIL sbhlaw@comcast.net
E-MAIL hrones@masscriminallawyer.com
WEBSITE www.masscriminallawyer.com

PAUL J. GARRITY
(ALSO MEMBER OF NEW HAMPSHIRE BAR)

NEW HAMPSHIRE OFFICE:

14 LONDONDERRY ROAD
LONDONDERRY, NEW HAMPSHIRE 03053
TELEPHONE (603) 434-4106
FACSIMILE (603) 437-6714

August 26, 2004

RECEIVED
Judge Alexander's Chambers
DEC 10 2004

Sandra E Kahn, Esq.
Mark H Burak, Esq.
MORSE BARNES-BROWN & PENDLETON
Reservoir Place
1601 Trapelo Rd
Waltham, MA 02457

Re: *Demerew Yohannes v. Central Parking Systs., Inc.*, USDC/DMass C.A. No. 03-12390-NG

Dear Ms. Kahn:

Enclosed is a check for $1,000 as fees awarded by the court in the above-mentioned case

Sincerely,

Stephen Hrones

SH/ams
Enclosures

---

STEPHEN HRONES
ATTORNEY AT LAW
232 LEWIS WHARF
BOSTON, MA  02110

2508
5-7515/0110

AMOUNT: One Thousand x x x x x DOLLARS

TO THE ORDER OF: Central Parking Systs
DESCRIPTION: Sanctions of atty fee
CHECK NUMBER: 2508
CHECK AMOUNT: $1000.0

Yohannes v. Central Parking 03-12390 NG

Sovereign
SOVEREIGN BANK NEW ENGLAND

⑴"002508"⑴ ⑴:011075150⑴: 6210003658⑴"