UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

DEMEREW W. YOHANNES,
                Plaintiff,

v.

CENTRAL PARKING SYSTEMS, INC.

                Defendant.

Civil Action No. 03-12390 NG

---

## PLAINTIFF'S STIPULATION REGARDING FACT WITNESS

Now comes the Plaintiff, Demerew Yohannes, in the above-captioned proceeding, and stipulates that fact witness Agzew Demissie will not be appearing at trial and therefore do not need to be deposed. Further, Plaintiff will not rely upon the statements of this witness in support of any motion or opposition thereto connected to this matter.

                Respectfully submitted,
                DEMEREW W. YOHANNES
                By his attorneys,

                //S//Jessica D Hedges_____
                Stephen B. Hrones, BBO # 242860
                Jessica D. Hedges, BBO# 645847
                HRONES GARRITY & HEDGES LLP
                Lewis Wharf, Bay 232
                Boston, Massachusetts 02110
                T)617/227-4019;FX)617/227-3908

**CERTIFICATE OF SERVICE**

    I, Jessica D Hedges, hereby certify that on this 27th day of January, 2005, I served a copy of PLAINTIFF'S STIPULATION REGARDING FACT WITNESS, where unable to do so electronically, via United States First-Class mail, postage prepaid, as follows: Mark H Burak, Esq., Sandra E Kahn, Esq., MORSE BARNES-BROWN & PENDLETON, Reservoir Place, 1601 Trapelo Rd, Waltham, MA 02457.

                //S//Jessica D Hedges_____
                Jessica D Hedges