UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEMEREW YOHANNES,<br>　　　Plaintiff<br><br>v.<br><br>CENTRAL PARKING<br>SYSTEMS, INC.,<br>　　　Defendant. | C.A. No. 03-12390 NG |

**ASSENTED-TO MOTION TO EXTEND DISCOVERY DEADLINE**

Now comes the Plaintiff Demerew Yohannes in the above-captioned proceeding and respectfully requests that this Honorable Court extend the discovery deadline until March 1, 2005, for the sole purpose of completing the Plaintiff's deposition. As grounds for this motion, the Plaintiff states the following:

1. Plaintiff was unable to attend his scheduled deposition due to work obligations.

2. Defendant, by and through its counsel, Sandra E Kahn, assents to this motion.

| | |
|---|---|
| Defendant Central Parking<br>Systems, Inc.,<br>By its attorneys,<br><br>Assented-to:<br><br>//S//Sandra E Kahn_____<br>Sandra E Kahn | Respectfully Submitted,<br>Plaintiff Demerew Yohannes,<br>By his attorneys,<br><br><br><br>//S//Jessica D Hedges<br>Stephen Hrones (BBO No. 242860)<br>Jessica D Hedges (BBO No. 645847)<br>HRONES, GARRITY & HEDGES LLP<br>Lewis Wharf–Bay 232<br>Boston, MA 02110-3927<br>T)617/227-4019 |

Dated: January 31, 2005