UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEMEREW W. YOHANNES,<br>                    Plaintiff,<br>v.<br>CENTRAL PARKING SYSTEMS, INC.<br>                    Defendant. | Civil Action No. 03-12390 NG |

## NOTICE OF APPEARANCE

Please enter the appearance of Michael L Tumposky as co-counsel to the Plaintiff, Demerew Yohannes, in the above-captioned proceeding.

                                                    Respectfully submitted,
                                                    DEMEREW W. YOHANNES
                                                    By his attorneys,

                                                    //S//Michael L Tumposky_____
                                                    Stephen B. Hrones, BBO #242860
                                                    Jessica D. Hedges, BBO #645847
                                                    Michael L Tumposky, BBO #660618
                                                    HRONES GARRITY & HEDGES LLP
                                                    Lewis Wharf, Bay 232
                                                    Boston, Massachusetts 02110
                                                    T)617/227-4019;FX)617/227-3908

**CERTIFICATE OF SERVICE**

     I, Michael L Tumposky, hereby certify that on this 9th day of February, 2005, I served a copy of NOTICE OF APPEARANCE, where unable to do so electronically, via United States First-Class mail, postage prepaid, as follows: Mark H Burak, Esq., Sandra E Kahn, Esq., MORSE BARNES-BROWN & PENDLETON, Reservoir Place, 1601 Trapelo Rd, Waltham, MA 02457.

                                                    //S//Michael L Tumposky_____
                                                    Michael L Tumposky