RECEIVED
Clerk's Office
USDC, Mass.
Date 2-7-05
By _____
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DEMEREW W. YOHANNES,

    Plaintiff,

v.

CENTRAL PARKING SYSTEMS, INC.

    Defendant.

Civil Action No. 03-12390 NG

## AFFIDAVIT OF SANDRA E. KAHN, ESQ.

I, Sandra E. Kahn, Esq., do hereby state and depose as follows:

1. I am a senior associate in the law firm of Morse, Barnes-Brown & Pendleton, P.C. and counsel of record for Defendant Central Parking System of Massachusetts ("CPS") in the above-captioned action.

2. My billing rate is $210 per hour for CPS matters.

3. I spent approximately three and a half hours preparing for the depositions of the Plaintiff and Mr. Demissie scheduled for January 12, 2005. Most of the time spent preparing for Plaintiff's deposition will have to be repeated in order to prepare for Mr. Yohannes' eventual rescheduled deposition, given the gap in time between January 12 and February 10, 2005 (the current rescheduled date). The time spent preparing for Mr. Demissie's deposition will not be of use at all, since counsel for the Plaintiff subsequently decided that they would not rely on Mr. Demissie and therefore his deposition would not be necessary (after having advised CPS on several occasions that they <u>would</u> rely on Mr. Demissie). Applying a discount for the amount of

preparation time which will be of use for the Plaintiff's rescheduled deposition, the unnecessary time spent on this preparation is three hours.

4. Further, on January 12, 2005, I spent approximately thirty minutes waiting for Plaintiff and his counsel to appear for the 10:30 a.m. deposition, ten minutes exchanging telephone calls with Plaintiff's counsel concerning her failure to appear at the deposition, and ten minutes sending out additional notices of deposition for another date. In total, I spent four and a half hours in connection with the January 12, 2005 depositions, which resulted in charges for professional services rendered to CPS in the amount of $945.00.

5. Additionally, because Mr. Demissie did not appear for his deposition on January 12, 2005 (after Plaintiff's counsel had agreed to produce him without a subpoena), CPS was forced to attempt to serve Mr. Demissie with a subpoena for the rescheduled deposition date of January 27, 2005. Costs incurred by CPS for service of process are $247.50 (see process server invoices attached hereto).

6. Further, when the Plaintiff abruptly informed CPS on January 26, 2005 that he would not appear for his deposition on January 27, 2005, I thereafter spent approximately forty-five minutes in telephone conversations and correspondence with counsel for the Plaintiff, insuring that Plaintiff filed an appropriate motion to extend the discovery period for the purpose of completing the Plaintiff's deposition (as the discovery period was set to end on January 28, 2005). I also spent approximately fifteen minutes drafting another notice of deposition, rescheduling Plaintiff's deposition to February 10, 2005. In total, I spent one hour in connection with the cancellation of Plaintiff's January 27, 2005 deposition, which resulted in charges for professional services rendered to CPS in the amount of $210.00.

7. I have spent approximately three hours preparing CPS' Motion for Sanctions and this Affidavit, resulting in charges for professional services rendered to CPS in the amount of $630.00.

8. In total, CPS has incurred $1785 in attorney's fees in connection with the failure of Plaintiff to appear for his deposition on January 12 and January 27, and the failure of Plaintiff to produce their witness for deposition on January 12, and as a result of the need to prepare this Motion for Sanctions, plus costs incurred in attempts to serve Mr. Demissie with process referred to in paragraph five above.[1]

Signed under the pains and penalties of perjury, this 4th day of February, 2005.

*Sandra E. Kahn*
Sandra E. Kahn

---

[1] This does not include the cost of the court reporter who appeared on January 12, 2005, which Plaintiff's attorney has already agreed to pay.

- 3 -

# Invoice



**Beacon Hill Research**
6 Beacon Street
Suite 825
Boston, MA 02108

Invoice Number: **36223**
Invoice Date: **1/21/05**

Customer ID: 1169

Sold To: MORSE BARNES-BROWN & PENDLETON
1601 TRAPELO ROAD
WALTHAM, MA 02451

MEGHAN LAROCK

Voice: 617-973-4555
Fax: 617-973-4565

| Client Charge | Associate ID | Payment Terms | Due Date |
|---|---|---|---|
| YOHANNES V CENTRAL P | DHR | Net 10 Days | 1/31/05 |

| Description & Location | Amount |
|---|---|
| 1/20/05 FEDERAL SUBPOENA ATTEMPT - AGZEW DEMISSIE CAMBRIDGE, MA | 55.00 |

|  |  |
|---|---|
| Subtotal | 55.00 |
| Sales Tax |  |
| Total Invoice Amount | 55.00 |
| Payment Received | 0.00 |
| **TOTAL** | 55.00 |

Check No:

Finance Charges apply to invoices over 60 days

# Invoice



**Beacon Hill Research**
6 Beacon Street
Suite 825
Boston, MA 02108

Invoice Number: **36222**
Invoice Date: **1/21/05**

Customer ID: 1169

Sold To: MORSE BARNES-BROWN & PENDLETON
1601 TRAPELO ROAD
WALTHAM, MA 02451

MEGHAN LAROCK

Voice: 617-973-4555
Fax: 617-973-4565

| Client Charge | Associate ID | Payment Terms | Due Date |
|---|---|---|---|
| YOHANNES V CENTRAL | DHR | Net 10 Days | 1/31/05 |

| Description & Location | Amount |
|---|---|
| 1/18/05 FEDERAL SUBPOENA - EVENING ATTEMPT CAMBRIDGE MA | 82.50 |

Check No:

| | |
|---|---|
| Subtotal | 82.50 |
| Sales Tax | |
| Total Invoice Amount | 82.50 |
| Payment Received | 0.00 |
| **TOTAL** | 82.50 |

Finance Charges apply to invoices over 60 days

# Invoice



**Beacon Hill Research**
6 Beacon Street
Suite 825
Boston, MA 02108

Invoice Number: **36221**
Invoice Date: **1/21/05**

Customer ID: 1169

Sold To:
MORSE BARNES-BROWN & PENDLETON
1601 TRAPELO ROAD
WALTHAM, MA 02451

MEGHAN LAROCK

Voice: 617-973-4555
Fax: 617-973-4565

| Client Charge | Associate ID | Payment Terms | Due Date |
|---|---|---|---|
| YOHANNES V CENTRAL P | DHR | Net 10 Days | 1/31/05 |

| Description & Location | Amount |
|---|---|
| 1/19/05 FEDERAL SUBPOENA ATTEMPT - DEMISSIE AGZEW CAMBRIDGE MA | 55.00 |

| | |
|---|---|
| Subtotal | 55.00 |
| Sales Tax | |
| Total Invoice Amount | 55.00 |
| Payment Received | 0.00 |
| **TOTAL** | **55.00** |

Check No:

Finance Charges apply to invoices over 60 days

# Invoice



**Beacon Hill Research**
6 Beacon Street
Suite 825
Boston, MA 02108

Invoice Number: **36216**
Invoice Date: **1/14/05**

Customer ID: 1169

Sold To: MORSE BARNES-BROWN & PENDLETON
1601 TRAPELO ROAD
WALTHAM, MA 02451

MEGHAN LAROCK

Voice: 617-973-4555
Fax: 617-973-4565

| Client Charge | Associate ID | Payment Terms | Due Date |
|---|---|---|---|
| YOHANNES VS. CENTRAL | DHR | Net 10 Days | 1/24/05 |

| Description & Location | Amount |
|---|---|
| 1/14 SUBPOENA DEMISSIE AGZEW ATTEMPT CAMBRIDGE | 55.00 |

|  |  |
|---|---|
| Subtotal | 55.00 |
| Sales Tax |  |
| Total Invoice Amount | 55.00 |
| Payment Received | 0.00 |
| **TOTAL** | 55.00 |

Check No:

Finance Charges apply to invoices over 60 days