UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEMEREW YOHANNES }<br>    Plaintiff, }<br>}<br>v. }<br>}<br>CENTRAL PARKING }<br>SYSTEM, INC. }<br>    Defendant. }<br>} | C.A. No. 03-12390 NG |

**NOTICE OF FILING WITH CLERK'S OFFICE**

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the District Court and are available in paper form only:

1. Exhibit "A" to the Plaintiff's Opposition To Defendant's Motion For Sanctions.

2. Exhibit "B" to the Plaintiff's Opposition To Defendant's Motion For Sanctions

3. Exhibit "C" to the Plaintiff's Opposition To Defendant's Motion For Sanctions

The original documents are maintained in the case file in the Clerk's Office

Dated: February 15, 2005

//S//Jessica D Hedges
Jessica D Hedges (BBO No. 645847)
HRONES, GARRITY & HEDGES
Lewis Wharf–Bay 232
Boston, MA 02110-3927
T)617/227-4019