UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 16 P 3: 22

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| DEMEREW YOHANNES<br>Plaintiff,<br><br>v.<br><br>CENTRAL PARKING<br>SYSTEM, INC.<br>Defendant. | C.A. No. 03-12390 NG |

### NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the District Court and are available in paper form only:

1. Exhibit "A" to the Plaintiff's Opposition To Defendant's Motion For Sanctions.

2. Exhibit "B" to the Plaintiff's Opposition To Defendant's Motion For Sanctions

3. Exhibit "C" to the Plaintiff's Opposition To Defendant's Motion For Sanctions

The original documents are maintained in the case file in the Clerk's Office

Dated: February 15, 2005

//S//Jessica D Hedges
Jessica D Hedges (BBO No. 645847)
HRONES, GARRITY & HEDGES
Lewis Wharf–Bay 232
Boston, MA 02110-3927
T)617/227-4019

**Responses and Replies**

1:03-cv-12390-NG Yohannes v. Central Parking Systems, Inc.

## United States District Court

## District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Hrones, Stephen entered on 2/15/2005 at 9:40 AM EST and filed on 2/15/2005

**Case Name:** Yohannes v. Central Parking Systems, Inc.
**Case Number:** 1:03-cv-12390
**Filer:** Demerew W. Yohannes
**Document Number:** 23

**Docket Text:**
Opposition re [21] MOTION for Sanctions filed by Demerew W. Yohannes. (Attachments: # (1) Exhibit Notice Of Filing With Clerk's Office (Exhibits A-C))(Hrones, Stephen)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=2/15/2005] [FileNumber=856113-0]
[7d5586c5d3935e0ea04d3d1326381e9e8a172457686c1723c6e6c8fb95aec83ad80d
1bfc7f217775a91c2f58ca87d4634a03699d94ca59ca2fa452c4441c5df3]]
**Document description:** Exhibit Notice Of Filing With Clerk's Office (Exhibits A-C)
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=2/15/2005] [FileNumber=856113-1]
[6b37ac1e188f760af5fbb4841c27292f14f6d33feb683b755b446283cf001974fcdd
3e85d51e6dd272d42832a7c983cf44de971956c617fb945cd3f3a247282b]]

**1:03-cv-12390 Notice will be electronically mailed to:**

Mark H. Burak    mhb@mbbp.com

Scott Joseph Connolly    sjc@mbbp.com

Jessica Diane Hedges    jdhedges@yahoo.com

Stephen B. Hrones    hrones@masscriminallawyer.com, sbhlaw@comcast.net

Sandra E. Kahn    sek@mbbp.com

**1:03-cv-12390 Notice will not be electronically mailed to:**

Message List | Delete                              Previous | Next        Forward | Forward as Attachment | Reply | Reply All

    **Subject:** Activity in Case 1:03-cv-12390-NG Yohannes v. Central Parking Systems, Inc. "Opposition to Motion"
       **From:** ECFnotice@mad.uscourts.gov
       **Date:** Tue, February 15, 2005 6:40 am
         **To:** CourtCopy@mad.uscourts.gov
  **Priority:** Normal
   **Options:** View Full Header | View Printable Version

```
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without
charge. To avoid later charges, download a copy of each document during this first
viewing.
<!-- rcsid='\$Header: /ecf/district/html/TextHead,v 3.1 2003-04-25 07:56:43-04 loy
Exp \$' -->
United States District Court
District of Massachusetts

Notice of Electronic Filing
The following transaction was entered on 2/15/2005 at 9:40 AM EST and filed on
2/15/2005

#ident 'rcsid=\$Header: /ecf/district/server/TextBody,v 3.1 2003-04-25 07:52:35-04
loy Exp \$'
Case Name: Yohannes v. Central Parking Systems, Inc.
Case Number: 1:03-cv-12390 https://ecf.mad.uscourts.gov/cgi-bin/DktRpt.pl?89486

Document Number: 23
Copy the URL address from the line below into the location bar of your Web browser
to view the document:
https://ecf.mad.uscourts.gov/cgi-bin/show_case_doc?23,89486,,83921701,

Docket Text:
  Opposition re [21] MOTION for Sanctions filed by Demerew W. Yohannes.
(Attachments: # (1) Exhibit Notice Of Filing With Clerk's Office (Exhibits
A-C))(Hrones, Stephen)

The following document(s) are associated with this transaction:
Document description: Main Document
 Original filename: yes
 Electronic document Stamp:
 [STAMP dcecfStamp_ID=1029851931 [Date=2/15/2005] [FileNumber=856113-0]
[7d5586c5d3935e0ea04d3d1326381e9e8a172457686c1723c6e6c8fb95aec83ad80d1bfc7f217775a91c2f58ca87d4
Document description: Exhibit Notice Of Filing With Clerk's Office (Exhibits A-C)
 Original filename: yes
 Electronic document Stamp:
 [STAMP dcecfStamp_ID=1029851931 [Date=2/15/2005] [FileNumber=856113-1]
[6b37ac1e188f760af5fbb4841c27292f14f6d33feb683b755b446283cf001974fcdd3e85d51e6dd272d42832a7c983

<!-- rcsid='\$Header: /ecf/district/server/TextAtyList,v 3.2 2003-06-02 17:37:56-04
bibeau Exp \$' -->
1:03-cv-12390 Notice will be electronically mailed to:
Mark H. Burak                                                       mhb@mbbp.com

Scott Joseph Connolly                                               sjc@mbbp.com
```

Jessica Diane Hedges                                                                                      jdhedges@yahoo.com

Stephen B. Hrones
hrones@masscriminallawyer.com,    sbhlaw@comcast.net

Sandra E. Kahn                                                                                            sek@mbbp.com


1:03-cv-12390 Notice will not be electronically mailed to:

# EXHIBIT A

MORSE,
BARNES-BROWN &
PENDLETON, P.C.

*The Business Law Firm on Route 128*

Reservoir Place • 1601 Trapelo Road • Waltham, MA 02451 • (781) 622-5930 • Fax (781) 622-5933 • email: mbbp@mbbp.com

Writer's email:
sek@mbbp.com

January 27, 2005

BY TELECOPIER

Jessica Hedges, Esq.
Hrones & Garrity
Lewis Wharf, Bay 232
Boston, Massachusetts 02110-3927

   Re: **Demerew Yohannes v. Central Parking System, Inc.**
     **U.S.D.C. Civil Action No. 03-12390 NG**

Dear Ms. Hedges:

  I am writing in regard to our attempt to narrow the issues in dispute regarding the failure of Mr. Yohannes to appear for his own timely noticed deposition on January 12, 2005, and the failure of Plaintiff to produce Mr. Demissie on that date as well. As we discussed, you have agreed to pay the court reporter's fee for that date. However, as I mentioned to you by telephone last week, Defendant also incurred other unnecessary costs because of Plaintiff's sanctionable actions, and we intend to file a motion for sanctions seeking reimbursement of those costs, including $1050 in attorneys' fees for the time spent in preparation for these depositions, at least $420 to prepare the motion for sanctions, as well as several hundred dollars for our attempts to serve Mr. Demissie with process over the past week (before you notified me that you would not, in fact, be relying upon his testimony).

  Furthermore, just yesterday I was informed by your firm that Mr. Yohannes would not be available for deposition today. Once again, Mr. Yohannes' refusal to appear at his own timely notice deposition, on an agreed-upon date, has caused our client to incur unnecessary fees. Moreover, given that the discovery period in this case expires tomorrow, Central Parking may well be prejudiced by this continued delay. As I informed your associate, Mr. Tumposky, this morning, we will be noticing Mr. Yohannes' deposition once again, and we expect that this time he will in fact attend. If he does not, you may be certain that we will move the court for dismissal of the case. Indeed, if we are forced to file a motion for sanctions, we will ask that the court consider Mr. Yohannes' failure to appear on January 27, as well as his failure to appear on January 12, as support for our motion.

January 27, 2005
Page 2

    As we discussed last week in our Local Rule 37.1 conference, to save both parties the expense of further litigating this issue, we would be willing to forego this motion for sanctions (and the cost of service of Mr. Demissie, as well as the costs spent in connection with Mr. Yohannes' January 27 failure to appear) if Plaintiff agrees to pay $1050 in attorneys' fees (as well as the fee for the court reporter on January 12). Please let me know on or before **Monday, January 31, 2005**, whether this offer is acceptable, or whether instead we should go ahead with our motion.

                              Very truly yours,

                              Sandra Kahn

                              Sandra E. Kahn

# EXHIBIT B

# HRONES, GARRITY & HEDGES LLP
## COUNSELORS AT LAW
LEWIS WHARF - BAY 232
BOSTON, MASSACHUSETTS 02110-3927

STEPHEN HRONES
JESSICA D. HEDGES

MICHAEL L. TUMPOSKY

TELEPHONE (617) 227-4019
FACSIMILE (617) 227-3908
E-MAIL sbhlaw@comcast.net
E-MAIL hrones@masscriminallawyer.com
WEBSITE www.masscriminallawyer.com

PAUL J. GARRITY
(ALSO MEMBER OF NEW HAMPSHIRE BAR)

NEW HAMPSHIRE OFFICE:

14 LONDONDERRY ROAD
LONDONDERRY, NEW HAMPSHIRE 03053
TELEPHONE (603) 434-4106
FACSIMILE (603) 437-6714

February 1, 2005

By Facsimile only: 781-622-5933
Sandra E. Kahn
Morse, Barnes-Brown & Pendleton

Re: *Yohannes v. Central Parking*

Dear Attorney Kahn:

I am writing to confirm our conversation regarding the costs associated with the missed deposition. We are willing to pay a total of $600 (for attorney's fees and service of process) plus the costs of the court reporter. Please let me know when you have discussed the matter with your client.

Sincerely,

Michael Tumposky
Hrones, Garrity & Hedges

# EXHIBIT C

# MORSE, BARNES-BROWN & PENDLETON, P.C.

*The Business Law Firm on Route 128*

Reservoir Place • 1601 Trapelo Road • Waltham, MA 02451 • (781) 622-5930 • Fax (781) 622-5933 • email: mbbp@mbbp.com

Writer's email:
sek@mbbp.com

February 3, 2005

BY TELECOPIER

Michael Tumposky, Esq.
Hrones & Garrity
Lewis Wharf, Bay 232
Boston, Massachusetts 02110-3927

Re: **Demerew Yohannes v. Central Parking System, Inc.
U.S.D.C. Civil Action No. 03-12390 NG**

Dear Mr. Tumposky:

I am writing in regard to our continuing attempt to narrow the issues in dispute regarding the failure of Mr. Yohannes to appear for his own timely noticed deposition on January 12, 2005, and the failure of Plaintiff to produce Mr. Demissie on that date as well. Defendant is entitled to reimbursement of all of the fees and costs incurred as a result of Plaintiff's sanctionable actions. It is clear from your recent letter that Plaintiff is unwilling to pay these expenses. Therefore, if we do not hear from you by the end of business today that your position has changed, we will file our motion for sanctions with the court.

Very truly yours,

*Sandra E. Kahn*

Sandra E. Kahn

# MORSE, BARNES-BROWN & PENDLETON, P.C.

*The Business Law Firm on Route 128*

Reservoir Place • 1601 Trapelo Road • Waltham, MA 02451 • (781) 622-5930 • Fax (781) 622-5933 • email: mbbp@mbbp.com

Writer's email:
sek@mbbp.com

February 7, 2005

BY TELECOPIER

Michael Tumposky, Esq.
Hrones & Garrity
Lewis Wharf, Bay 232
Boston, Massachusetts 02110-3927

Re: **Demerew Yohannes v. Central Parking System, Inc.
U.S.D.C. Civil Action No. 03-12390 NG**

Dear Mr. Tumposky:

In regard to our conversation this afternoon in which you stated that you did not receive any communication from me on Thursday, February 3, 2005, I am enclosing a copy for your files. If, as we discussed, you are willing to reimburse Central Parking for the entire amount of costs and fees incurred, please let me know as soon as possible. I understand, however, that this is not Plaintiff's current position.

Very truly yours,

*Sandra Kahn*

Sandra E. Kahn