UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEMEREW W. YOHANNES,<br><br>        Plaintiff,<br><br>v.<br><br>CENTRAL PARKING SYSTEMS, INC.<br><br>        Defendant. | Civil Action No. 03-12390 NG |

**DEFENDANT'S**
**MOTION FOR SUMMARY JUDGMENT,**
**REQUEST FOR ORAL ARGUMENT, AND L.R. 7(A)(2) CERTIFICATE**

Pursuant to Fed. R. Civ. P. 56, Defendant hereby moves this Court for summary judgment. In support of its Motion, Defendant submits herewith and incorporates by reference herein a Memorandum in Support of Defendant's Motion for Summary Judgment and a Concise Statement of Material Facts.

As grounds for its Motion, Defendant states that Plaintiff cannot prove that he was qualified for the position as he lacked a key prerequisite – a valid driver's license. Moreover, Plaintiff cannot prove that Defendant's legitimate business reason for terminating his employment was a pretext for race, color or national origin discrimination. Instead, the undisputed facts in the record before this Court establish that Defendant Central Parking terminated the employment of Plaintiff, an Assistant Manager at Central Parking's North End valet parking garage, after Central Parking discovered during a driver's license audit that Plaintiff (i) did not have a valid driver's license, (ii) had not had a valid license for several months, (iii) was unable to get a license due to a prior motor vehicle accident that resulted in a

"lien" on his license, (iv) had known about this problem for months and (v) had failed to inform his employer of the situation (until he was caught). Plaintiff admits to the conduct in question, and can produce no evidence that Central Parking's reason for terminating his employment was a pretext for discrimination, or that unlawful animus motivated his termination.

For the foregoing reasons, based on the undisputed facts in the record before this Court, Defendant is entitled to summary judgment dismissing the Complaint as a matter of law.

## REQUEST FOR ORAL ARGUMENT

Pursuant to LR 7.1, Defendant respectfully requests that its Motion for Summary Judgment be heard by the Court at oral argument as Defendant believes that oral argument will assist the Court in deciding the motion.

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Defendant's counsel further certifies that they have conferred in good faith with opposing counsel to resolve or narrow the issues presented by the Motion.

KINNEY SYSTEM, INC. d/b/a
CENTRAL PARKING SYSTEM OF
MASSACHUSETTS

By its attorneys,

*Sandra E. Kahn*
Mark H. Burak, BBO# 558805
Sandra E. Kahn, BBO # 564510
MORSE, BARNES-BROWN & PENDLETON, P.C.
Reservoir Place
1601 Trapelo Road
Waltham, MA 02451
(781) 622-5930
(781) 622-5933 (facsimile)

Dated: March 9, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by first class mail on March 9, 2005.

*Sandra E. Kahn*
Sandra E. Kahn