**EXHIBIT A TO AFFIDAVIT OF EDWIN B. CREAN**

<u>**Excerpt from Central Parking Employee Handbook:**</u>
<u>**Policy Concerning Changes in Status**</u>

## EMPLOYMENT RECORDS

The Company maintains a personnel file for every employee. Your application for employment, government forms, and other materials pertaining to your employment are maintained and secured in your confidential personnel file.

It is very important that your records be kept accurate and up-to-date. You should report any change in status to your supervisor in writing. The information will be sent to the office to update your file.

### Be Sure to Report Any Change In:
- Your name, address and telephone number;
- Your marital status or the number of your dependents;
- A change in INS status;
- A change of beneficiary for Company life insurance or Profit-Sharing & 401(k) Savings Plan; or
- Any additional education or training received since submitting your original application.

Name changes must be verified by a new social security card showing your new name. Failure to notify the Company of these changes could result in incorrect pay, income tax deductions or other unforeseen problems.

## TIME RECORDS

Since most Central Parking System employees are compensated on an hourly basis, it is very important to keep accurate time records. Time clocks must always be used where provided. Your hours worked should be listed daily on a time card. Any changes to hours on time cards must be initialed by you and your supervisor.

At the end of each pay period, your hours will be totaled and forwarded to the payroll department. Your earnings will be calculated and a Central Parking System check will be issued, normally on Friday.

## SAFETY

The Company is concerned for your health and safety in the performance of your job and supports the objectives of the Occupational Safety and Health Act (OSHA). Likewise, you must observe all safety rules and procedures applicable to your position and circumstances; they are designed for your benefit.

### Accidents are Preventable

Most accidents are the result of carelessness or thoughtlessness. Some are the result of fatigue and others of neglect. Most accidents are preventable through proper use and maintenance of equipment and facilities, alertness on the job and good housekeeping practices.

## Hazardous Conditions

It is the obligation of every employee to report any hazardous condition to his supervisor, or to the main office, as soon as it is discovered. Each employee should use safe methods in the performance of his duties. Willful violation of Company safety rules or policies will result in disciplinary action, up to and including termination.

## INJURY WHILE ON DUTY

Should you have an accident while on the job, you have two immediate responsibilities:
1. Seek immediate first aid or emergency care.
2. See that your supervisor is notified of your accident and your condition.

Just as immediate care for your injury is vital, notification of an accident to your supervisor is also necessary. Report any injury, no matter how minor it may seem, at the time that it occurs.

The filing of the injury report is necessary so safety conditions may be improved and a complete and accurate record will be available for future reference. If a work hazard is the cause of an injury, immediate action must be taken by your supervisor to correct the condition.

If your injury requires medical attention, workmen's compensation insurance is provided for you by the Company. Your regular medical insurance program does not cover job-related claims.

## COMPANY PROPERTY

During the course of your job, you may be required to work with company equipment. The replacement and repair of this equipment is expensive, and you are expected to care for it as if it belonged to you. To avoid damage, caution and care should be used at all times.

Willful waste, destruction or theft of company property will result in disciplinary action, including dismissal or criminal prosecution when warranted. No Company property is to be removed from Company premises without the specific approval of your supervisor.

## YOUR SUPERVISOR

Every employee has a supervisor to whom he reports. Your supervisor's primary duty is to get the job done, while ensuring that those under his supervision are treated fairly.

If you have any questions about your job, do not hesitate to ask your supervisor. It is his obligation to provide you the information you need to perform your duties. It is also his responsibility to review your work performance periodically through performance evaluations.

