**EXHIBIT B TO AFFIDAVIT OF EDWIN B. CREAN**

<u>Excerpt from Central Parking Employee Handbook:
Policy Concerning Falsification of Records and Misrepresentation of Facts</u>

4. **TERMINATION:** This is the strongest type of personnel action and may be the result of a series of violations. Individuals may also be terminated for a severe, single occurrence, work rule or policy/procedure violation.

In some cases, an employee's violation may be so extreme that immediate termination is the most appropriate course of action.

## BEHAVIOR THAT COULD RESULT IN IMMEDIATE TERMINATION

1. Gross negligence or carelessness in the performance of duties.

2. Disobeying supervisors (insubordination).

3. Disobeying an administrative or field work regulation, a location rule or a safety rule.

4. Stealing, dishonesty or embezzlement.

5. Using sick leave for any unauthorized purpose.

6. Using alcohol or controlled substances on the job, reporting to work under the influence of alcohol or controlled substances, or having such in your possession during working hours.

7. Falsification of records, including the employee's application, or willful misrepresentation of facts.

8. Carrying a weapon on Company property unless specifically authorized to do so.

9. Threatening, striking or fighting with anyone on Company property.

10. Using profane or abusive language toward a customer or employee.

11. Abuse of any Company property or equipment.

12. Conviction of a criminal act (felony) which adversely affects your job-related activities.

13. Giving out confidential or proprietary information about the Company, its locations or its clients.

The above listing is not intended to be all-inclusive.

13

# OFF-THE-JOB-CONDUCT

Central Parking System places very few restrictions on your off-the-job activities, but you are expected to conduct yourself at all times in a manner which reflects favorably on the Company.

## OUTSIDE JOBS
If you are a full-time employee, you are discouraged from holding a full or part-time job in addition to your regular Company job. If it is financially necessary for you to obtain additional employment during your off-duty hours, please notify your supervisor and receive approval of all additional employment.

Outside employment with a competitive firm will not be approved. If your outside work adversely affects your performance with Central Parking System, you may be asked to give up this extra employment.

## CONFIDENTIAL INFORMATION
In the normal course of performing your duties, you may have access to confidential information about the Company or our clients. Central Parking System has worked hard over the years to establish our reputation for integrity and professionalism. One of the quickest ways to tarnish this reputation is by reckless treatment of confidential information. Gossip and rumors about the Company or its clients serve no useful purpose and may jeopardize our clients' trust and your continued employment.

## INSIDER TRADING POLICY
It is Central Parking System's policy that no employee may buy or sell Company stock when he has material, non-public information related to the Company. This "inside" information is generally considered to be information that has not been released to the public and would have a financial impact on the Company that the public would consider important when making investment decisions.

This policy also applies to information relating to any other company, including our customers or suppliers, obtained in the course of employment. Emergency situations, such as the need to sell stock quickly to raise cash for personal reasons, are not exceptions to this policy.


EXHIBIT 9

14