**EXHIBIT C TO AFFIDAVIT OF EDWIN B. CREAN**

**Employee Separation Report**

## EMPLOYEE SEPARATION REPORT
### Central Parking System
### CPS - Boston, MA

LOCATION #: 1728

EMPLOYEE #: _____

Employee Name: Demerew Yohannes

Date Hired: 7-16-92

Social Security #: 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

Last Day Worked: _____

Ending Salary: $17.50/hour

---

### REASON FOR SEPARATION

**LAYOFF**
[ ] Permanent
[ ] Temporary
Expected Date of Recall

**LEAVE OF ABSENCE**
From: _____
To: _____
Reason: _____

**RETIREMENT**
[ ] Voluntary    [ ] Company Policy
[ ] Compulsory   [ ] Labor Contract

**ILLNESS OR INJURY**
[ ] Job Connected
[ ] Non Job Connected

**VOLUNTARY QUIT**
[ ] No Notice
[ ] Other Work
[ ] Working Conditions
[ ] Left Area
[ ] Marriage/Domestic Obligation
[ ] Pregnancy
[ ] Other

**DISCHARGE (Explain all Reasons)**
[ ] Refusal to Follow Instructions    [ ] Not Qualified
[ ] Insubordination                   [ ] Tardiness
[ ] Under Influence of Intoxicant     [ ] Misconduct
[X] Violation of Company Rules        [ ] Other
[ ] Resignation in lieu of discharge
[ ] Reported absence
[ ] Unreported Absence

**EXPLANATION:** (Attach additional papers/documentation if necessary)

Falsification of records, and misrepresentation of facts. (page 13, employee handbook)

It is important that your records be kept accurate and up-to-date. You should report any change in status to your supervisor in writing. (page 5, employee handbook)

Manager's Signature: _[signature]_
Title: Senior Director of Operations
Date: 6/2/03
Employee's Signature: Refuse to sign

PLEASE FILL OUT *COMPLETELY* & RETURN TO    HUMAN RESOURCES
WITHIN 24 HOURS OF TERMINATION!!

'03 JUN 2 PM 1:

8/25/98