**EXHIBIT 2 TO STATEMENT OF FACTS**

<u>Affidavit of Karen Poliseno</u>

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DEMEREW W. YOHANNES,

    Plaintiff,

v.

CENTRAL PARKING SYSTEMS, INC.

    Defendant.

Civil Action No. 03-12390 NG

### AFFIDAVIT OF KAREN POLISENO

I, Karen Poliseno, under oath do hereby depose and say as follows:

1. I make this affidavit upon personal knowledge and if called to testify can do so competently to the matters stated herein.

2. From January 24, 2001 to May 11, 2004 I was the Human Resources Manager for Central Parking System, Inc.

3. In May, 2003, I was directed by the then Regional Manager, Michael Beck, to conduct an audit of all employee driver's licenses at all valet parking garages operated by Central Parking. In response to this directive, I asked the managers of valet parking garages to submit copies of the driver's licenses for all valet and management employees.

4. As a result of the audit I learned that three employees were not able to produce valid driver's licenses: two valet drivers, Abdirashid Abdullahi and Rafael German, and Demerew Yohannes, the Assistant Manager of the North End Garage.

5. The valet drivers, Mr. Abdullahi and Mr. German, both had Massachusetts licenses that had expired. They both renewed their Massachusetts licenses within a week after

the Company notified them. These employees both received written warnings for failing to have a valid driver's license in their possession, which was a requirement of their job.

6.   In contrast, I learned from Mr. Yohannes, an Assistant Manager, that he had never obtained a Massachusetts drivers' license, despite having moved to Massachusetts two years ago in the spring of 2001, and having worked for Central Parking at the North End garage as an Assistant Manager since 2001. Instead, Mr. Yohannes had continued to use his Connecticut drivers' license, which had expired in February, 2003. Further, Mr. Yohannes informed me that he could not get a Massachusetts drivers' license – he claimed that when he had tried to do so, he had been told that there was a "lien" on his license due to an automobile accident he had years ago. Mr. Yohannes was well aware that he never had a Massachusetts driver's license and that his Connecticut license had expired months beforehand, but he had not informed anyone at Central Parking until after our audit revealed that he did not have a valid driver's license.

7.   It is a requirement of Central Parking that all managers, assistant managers, and management trainees of valet parking garages, as well as all valet drivers, have valid driver's licenses. It was clear from my conversations with Mr. Yohannes that he could not simply obtain a valid Massachusetts driver's license, as Mr. Abdirashid and Mr. German did by renewing their expired Massachusetts licenses, and further that Mr. Yohannes had known about the "lien" on his license for some time yet had failed to tell his employer about this problem. Moreover, as an Assistant Manager, Mr. Yohannes was expected to not only follow but also to enforce Central Parking policies and his misconduct in this regard could not be tolerated.

Signed under the pains and penalties of perjury,

_Karen Poliseno_ (signature)
Karen Poliseno

_February 4, 2005_
Date

2