**EXHIBIT 4 TO STATEMENT OF FACTS**

<u>**Affidavit of Sandra E. Kahn**</u>

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DEMEREW W. YOHANNES,

        Plaintiff,

v.

CENTRAL PARKING SYSTEMS, INC.

        Defendant.

Civil Action No. 03-12390 NG

### AFFIDAVIT OF SANDRA E. KAHN

I, Sandra E. Kahn, under oath do hereby depose and say as follows:

1. I make this affidavit upon personal knowledge and if called to testify can do so competently to the matters stated herein.

2. Attached as Exhibit A are true and accurate copies of excerpts from the deposition of Plaintiff Demerew Yohannes, taken on June 28, 2004, and August 26, 2004.

3. Attached as Exhibit B are true and accurate copies of the EEOC Dismissal and Notice of Rights and the August 27, 2003 EEOC Decision dismissing the charge brought by Plaintiff against Central Parking System.

4. Attached as Exhibit C are true and accurate copies of excerpts from the October 25, 2004 deposition of Solomon Lemma.

5. Attached as Exhibit D are true and accurate copies of excerpts from the October 21, 2004 deposition of Ayelew Makonnen.

6. Attached as Exhibit E are true and accurate copies of excerpts from the October 25, 2004 deposition of Mussie Gizaw.

7. Attached as <u>Exhibit</u> F is a true and accurate copy of the EEOC Charge brought by Plaintiff against Central Parking System.

Signed under the pains and penalties of perjury,

_Sandra E. Kahn_               _February 28, 2005_
Sandra E. Kahn                              Date