**EXHIBIT C TO AFFIDAVIT OF SANDRA E. KAHN**

**Excerpts from Deposition of Solomon Lemma**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 03-12390 NG

DEMEREW W. YOHANNES,            )
      Plaintiff            )
VS.                             )
                                )
CENTRAL PARKING SYSTEMS, INC.,  )
      Defendant            )

DEPOSITION OF SOLOMAN LEMMA, taken before Debra Vance, Notary Public Stenographer, pursuant to the provisions of Rule 30 of the Massachusetts Rules of Civil Procedure, at the offices of MORSE, BARNES-BROWN & PENDLETON, P.C., 1601 Trapelo Road, Waltham, Massachusetts on October 25, 2004, commencing at 10:00 a.m.

APPEARANCES:   (See Page 2)

Debra A. Vance
Notary Public Stenographer

```
FOR THE DEFENDANT:

MORSE, BARNES-BROWN & PENDLETON, P.C.
1601 Trapelo Road
Waltham, Massachusetts  02451
781-622-5930
              BY:  MARK H. BURAK, ESQ.
                   SANDRA E. KAHN, ESQ.




ALSO PRESENT:

Ed Crean
```

1    A.    There was a guy by the name of Kevin,
2 a supervisor. He took me for an interview to Ed
3 and Ed hired me.
4    Q.    Meaning Ed Crean?
5    A.    Yes.
6    Q.    So you interviewed with the
7 supervisor, Kevin?
8    A.    I don't remember his last name.
9    Q.    And Kevin took you to see Mr. Crean?
10   A.    Yes. He set up an appointment.
11   Q.    And Mr. Crean was the person who
12 actually hired you?
13   A.    Yes.
14   Q.    And how did your employment go after
15 that, did you do well with Kinney System?
16   A.    Of course.
17   Q.    Promoted to manager within a year?
18   A.    No. From that I was six months, if
19 I'm right. I went to a smaller facility and
20 became a manager at one of the Boston Properties
21 Garage in Cambridge.
22   Q.    Is that the Cambridge Center Garage?
23   A.    Yes.
24   Q.    Who promoted you into that position?

```
 1        A.    Ed.
 2        Q.    And then you were promoted again?
 3        A.    Within a year I was promoted to a
    bigger facility, John Hancock.
 5        Q.    And that's the John Hancock Garage at
    the John Hancock Building in Boston?
 7        A.    Yes.
 8        Q.    Is that about a 2,000 space garage?
 9        A.    Yes.
10        Q.    Who promoted you to that?
11        A.    Ed.
12        Q.    What was Ed Crean's role at the time?
13        A.    He was a regional manager.
14        Q.    And with these promotions, was your
    pay increased?
16        A.    Yes.
17        Q.    What happened after your position at
    John Hancock?  You were promoted again, right?
19        A.    Within a year maybe I was promoted to
    a manager location supervisor.
21        Q.    Is that to become a city manager?
22        A.    Yes.
23        Q.    And if I said the date December 1991,
    would that sound about right to your
```

```
 1    recollection?
 2         A.    I don't remember the dates.
 3         Q.    I understand.  It was 13 years ago.
 4         A.    Yes.
 5         Q.    Were you promoted again from city
 6    manager to regional manager?
 7         A.    Yes.
 8         Q.    Who promoted you then?
 9         A.    Then it was Sonny Swartz, the company
10    president.
11         Q.    Was Mr. Crean with Kinney at that
12    point?
13         A.    No.
14         Q.    Do you know what happened to him?
15         A.    Mr. Crean left maybe a year or two
16    years prior.  He went to Meyers.  Now it's under
17    Central.
18         Q.    At that time, Meyers was a competitor
19    of Kinney System?
20         A.    Yes.
21         Q.    You worked for Mr. Crean for
22    approximately six years in the 1980s?
23         A.    Could be.
24         Q.    During that time, did you think
```

```
 1        Mr. Crean treated you fairly?
 2            A.   Very well.
 3            Q.   Did you have any question regarding
 4        his treatment of you at all?
 5            A.   No.
 6            Q.   Did you ever feel that Mr. Crean
 7        discriminated against you because you're
 8        Ethiopian?
 9            A.   No.
10            Q.   Did you ever feel during that time
11        frame that you were discriminated because --
12        strike that.
13                 Did you ever feel during the 1985 to
14        1991 time frame that anyone at Central Parking
15        discriminated against you because you were
16        Ethiopian?
17            A.   No.
18            Q.   When I said Central Parking, I should
19        have said Kinney System.
20            A.   Kinney System.
21            Q.   You understood that question referred
22        to Kinney System?
23            A.   Yes.
24            Q.   And from between 1991 through 1998,
```

1  you continued to progress in the company?
2      A.   Yes.
3      Q.   What was your position with the
4  company in 1998?
5      A.   I was operations manager, if I
6  remember it right, yes.  And I was running the
7  MBTA locations.
8      Q.   Before Mr. Crean left Kinney System
9  to go to Meyers Parking, did he encourage you to
10 take classes with respect to the English
11 language?
12     A.   He always encouraged, not only me
13 everybody.  He always do that.
14     Q.   Did you take classes to improve your
15 English skills while he was still there?
16     A.   Yes.
17     Q.   Do you recall whether Mr. Crean
18 supported you in that effort?
19     A.   Always.
20     Q.   Did the company pay for those
21 classes, Kinney System?
22     A.   I don't remember.  They must pay for
23 them.
24     Q.   Do you think those classes helped you

1   in your ability to communicate?
2        A.   Yes.
3        Q.   Do you think those classes assisted
4   you in your rise within the organization?
5        A.   Yes.
6        Q.   Did you feel that Mr. Crean supported
7   your efforts to climb the corporate ladder, so to
8   speak?
9        A.   For sure.
10       Q.   During that time frame, did you ever
11  believe that Mr. Crean discriminated against
12  anyone?
13       A.   Nothing that I know of.
14            MR. BURAK:  Let's break.
15            (A recess was taken)
16       Q.   (By Mr. Burak) We just took a quick
17  break in the hopes that Mr. Porter would be here,
18  but he has still not arrived.  So we're back on
19  the record; do you understand that?
20       A.   Yes.
21       Q.   In that very first position you had
22  with Kinney, that was as an attendant and
23  cashier, correct?
24       A.   Yes.

```
 1        Q.   Did you ever drive cars in that role?
 2        A.   I did.
 3        Q.   In the next position as assistant
 4   manager which you started in 1985, did you drive
 5   cars in that role?
 6        A.   Yes.
 7        Q.   And that was at 100 Mass Avenue?
 8        A.   1000.
 9        Q.   Excuse me, 1000.  When you were
10   manager at Cambridge Center, did you drive cars
11   in that position?
12        A.   No.
13        Q.   At a certain level in management, you
14   normally wouldn't drive cars or valet drive cars
15   for customers?
16        A.   No.  For example, I can take it back.
17   If I stopped by a location where it is valet and
18   it is crowded and they need help, I help.  But as
19   an assigned job, I don't do that.
20        Q.   You understood in your role when you
21   did drive cars that you needed a driver's
22   license?
23        A.   Yes.  Valet location, we have people
24   with driver's license.
```

```
 1          Q.    When you were manager for Kinney
 2   System, was there ever a time that you would
 3   ignore the fact that an employee had an invalid
 4   license or no license?
 5          A.    Again, if that individual is hired
 6   for a valet location, I make sure that individual
 7   has a driver's license.
 8          Q.    You understood that was a requirement
 9   of the job?
10          A.    Yes.   It's common sense, not only the
11   law, but you have to have somebody who has a
12   driver's license.
13          Q.    Was the 1000 Mass Avenue location a
14   valet location?
15          A.    It's mixed.   After people park,
16   self-park, if the location is full you park
17   valet.
18          Q.    Was the Cambridge Center Garage a
19   valet location?
20          A.    No.
21          Q.    Was the Hancock Garage a valet
22   location?
23          A.    No.
24          Q.    As a manager, were you responsible
```