**EXHIBIT D TO AFFIDAVIT OF SANDRA E. KAHN**

<u>**Excerpts from Deposition of Ayelew Makonnen**</u>

1

1              UNITED STATES DISTRICT COURT
                 Superior Court Department
2

3                    No. 03-12390 NG

4

DEMEREW W. YOHANNES
5                      Plaintiff
vs.
6

CENTRAL PARKING SYSTEMS, INC.
7                      Defendant

8

9

10         DEPOSITION OF:  AYALEL MAKONNEN, taken

11   before ROXANNE C. COSTIGAN, Notary Public

12   Stenographer, pursuant to Rule 30 of the

13   Massachusetts Rules of Civil Procedure, at the

14   offices of MORSE, BARNES-BROWN & PENDLETON, P.C.,

15   1601 Trapelo Road, Waltham, Massachusetts on October

16   21, 2004.

17

18

19   APPEARANCES:   (See Page 2)

20

21

22

23            Roxanne C. Costigan
              Registered Merit Reporter
24

          Accurate Court Reporting * 1500 Main Street
               Springfield, MA   01115
                    413-747-1806

2

```
 1    APPEARANCES:

 2


 3    FOR THE DEFENDANT:

 4    MORSE, BARNES-BROWN & PENDLETON, P.C.
      1601 Trapelo Road
 5    Waltham, MA 02451
      781-622-5930
 6                 BY:   SANDRA E. KAHN, ESQ.

 7


 8    Also present:  Lionel Perry

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

1        in June, 2003?

2              A.      Yes.

3              Q.      Were you employed with Central Parking at

4        that time?

5              A.      No.

6              Q.      When did you last work for Central

7        Parking or Kinney?

8              A.      I'm not sure.  I think November, 1998, if

9        I'm -- that's a long time.

10              Q.      Was that -- that was after Central

11        Parking had acquired Kinney?

12              A.      Yeah.  Central Parking bought Kinney.

13        After I think six months or five months, they

14        terminate me.

15              Q.      So, you never worked together with

16        Mr. Yohannes?

17              A.      No.

18              Q.      In fact, there were about four and a half

19        years in between when you last worked for Central

20        Parking and when he was terminated in June of 2003?

21              A.      I think so, yeah.

22              Q.      Were you involved at all in the decision

23        to terminate Mr. Yohannes's employment in 2003?

24              A.      No.

1          Q.      Because you weren't --

2          A.      No.

3          Q.      You didn't work there anymore?

4          A.      I didn't work there anymore and I didn't

5    have position to terminate.

6          Q.      You didn't have anything to do with the

7    decision to terminate his employment?

8          A.      No, not at all.

9          Q.      You didn't witness any of the events that

10   led to his termination?

11         A.      No.

12         Q.      Have you seen any of his personnel

13   records?

14         A.      No.

15         Q.      Do you know why he was terminated from

16   employment?

17         A.      I heard from him, he said they don't

18   change his driving license from Connecticut to

19   Massachusetts.  That's the reason, I heard from him,

20   not from anybody else.

21         Q.      Did you hear any information from anyone

22   else besides Mr. Yohannes about the reason for his

23   termination?

24         A.      No.

1      Q.      Did you and he talk about what you could

2  say to help his case?

3      A.      No.  He say he have subpoena.  I say what

4  subpoena?  He said subpoena, you will be coming to

5  witness.

6      Q.      Do you believe that you're going to be

7  asked to testify at a trial?

8      A.      What?

9      Q.      Do you believe that you're going to be a

10 witness at the trial?

11     A.      If the courts call me, I don't have a

12 choice.  I thought today a court day even.  I don't

13 understand.

14     Q.      It won't take as long as a court day,

15 don't worry.  Do you believe -- withdrawn.

16             Do you have any reason to believe that

17 Central Parking terminated Mr. Yohannes's employment

18 because he is Ethiopian?

19     A.      I don't know.  I cannot say.

20     Q.      You don't have any information one way or

21 the other?

22     A.      No.

23     Q.      Have you ever heard anyone at Central

24 Parking make derogatory comments about Ethiopian

1  working for Kinney Systems, correct, just before you

2  signed this?

3       A.    (Indicating)

4       Q.    Yes.

5       A.    I don't understand.

6       Q.    You had been working for Kinney Systems

7  before Central Parking acquired Kinney Systems?

8       A.    Yeah, yeah.

9       Q.    Then at around the time that Central

10 Parking acquired Kinney Systems, you filled out a

11 Central Parking application?

12      A.    Yeah.  Everybody there, they request us

13 to fill it out.

14      Q.    At this time, you were night manager?

15      A.    Yes.

16      Q.    You filled out the whole application

17 including noting down that you had a driver's

18 license, correct?

19      A.    Yes.

20      Q.    At any time when you were working for

21 Kinney or Central Parking, did you ever have to drive

22 or park a customer car?

23      A.    Not that much.  When I was in John

24 Hancock, if they stuck or something, they need help

1    valet driver, if they ask me, I help, but I don't

2    remember how often I did, but usually get busy in the

3    daytime.  By the time I get there, everything is

4    slow, but I'm ready to help them out.  I have a

5    driving license.  That's part of my job is something

6    need to move, if cashier is stuck, I have to help him

7    out all the time.  I have driving license is valid.

8          Q.     So, you could have helped the valet

9    drivers if you needed to?

10          A.     If they needed, but I never -- I don't

11   work outside, but if they need me, I be there.

12          Q.     You said at Hancock the only valet

13   parking garage was one of the outside --

14          A.     Outside.

15          Q.     -- garages?

16          A.     Outside, yeah.

17          Q.     When you worked for Kinney or Central

18   Parking, did you ever have responsibility for

19   disciplining the employees that you supervised?

20          A.     Yeah.

21          Q.     Did you ever have to enforce Central

22   Parking's policies?

23          A.     Yes.

24          Q.     I imagine that since you were no longer

1    everybody giving different explanation.  I was

2    surprised why.  I do my best, you know.  I go out of

3    my way.  You know, I do cleaning with the cleaner.  I

4    do with the cars.  I try my best.  That's my nature.

5    Not only for the company just for my satisfaction.

6    I'm a working person.  I'm not sitting around.

7    That's my nature.  When I see things like that, even

8    I go out and paint the garage, I'm not a painter but

9    I did.  But that's what surprised me, you know, they

10   didn't give me reason.

11        Q.     You were surprised when you were

12   terminated?

13        A.     Yeah, yeah.

14        Q.     But you don't know why you were

15   terminated?

16        A.     Yeah.  Yeah.  That's the busiest garage.

17   Sometimes I stay to 3:30 in the morning when they

18   have a game.  I'm a working person.  I don't demand

19   overtime and everything, but I be surprised.

20        Q.     Do you believe -- do you think that you

21   were terminated because you were Ethiopian or you

22   just don't know why?

23        A.     No, I don't think so.  I don't know.  I

24   work -- I don't know the nature of Mr. Beck but I

```
 1    know Ed before.  I don't think so because I'm

 2    Ethiopian.  Maybe.  I don't know.

 3          Q.     Do you have any reason to think that it

 4    was because you were Ethiopian?

 5          A.     That's a hard question.  I don't feel it

 6    that way at that time.

 7          Q.     You did not feel it that way at that

 8    time?

 9          A.     Yeah.  Yeah.

10          Q.     Sitting here today, do you think it was

11    because you were Ethiopian?

12          A.     Six, seven years.  I don't know.  I

13    cannot say.  I don't know.  I don't think so,

14    personally, if you ask me that condition.  I don't

15    know, but still, I don't understand the reason why.

16          Q.     You mentioned earlier that you met

17    Mr. Yohannes when you were parking your car at the

18    North End garage?

19          A.     No parking.  My car is broken down in the

20    front of the North End.

21          Q.     Okay.

22          A.     I walk in to need some, you know, coat

23    hanger or something.  My muffler is down on the

24    ground.  I was driving a car that night.  It was
```