**EXHIBIT E TO AFFIDAVIT OF SANDRA E. KAHN**

**Excerpts from Deposition of Mussie Gizaw**

             UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS


                                    C.A. No. 03-12390 NG

DEMEREW W. YOHANNES,            )
         Plaintiff              )
VS.                             )
                                )
CENTRAL PARKING SYSTEMS, INC.,  )
         Defendant              )


        DEPOSITION OF MUSSIE GIZAW, taken before Debra Vance, Notary Public Stenographer, pursuant to the provisions of Rule 30 of the Massachusetts Rules of Civil Procedure, at the offices of MORSE, BARNES-BROWN & PENDLETON, P.C., 1601 Trapelo Road, Waltham, Massachusetts on October 25, 2004, commencing at 1:00 p.m.


   APPEARANCES:   (See Page 2)



                       Debra A. Vance
                  Notary Public Stenographer

```
FOR THE DEFENDANT:

MORSE, BARNES-BROWN & PENDLETON, P.C.
1601 Trapelo Road
Waltham, Massachusetts  02451
781-622-5930
            BY:   SANDRA E. KAHN, ESQ.




ALSO PRESENT:

Lionel Porter, Paralegal for Hrones and Garrity
```

```
 1            Q.    You mentioned earlier that you were
 2     terminated from your employment with Central
 3     Parking in September of 1999?
 4            A.    Yes.
 5            Q.    So you were not employed at the time
 6     that Mr. Yohannes was terminated?
 7            A.    No, I wasn't employed.
 8            Q.    There were about three-and-a-half
 9     years in between when you were last there --
10            A.    Yes.
11            Q.    -- and when he was there?
12            A.    Yes.
13            Q.    When you were working at Central
14     Parking, did you ever work in the same location
15     as Mr. Yohannes?
16            A.    Clarify that question.
17            Q.    Did you ever work together with him?
18            A.    No.  He worked at the same location
19     that I used to work.
20            Q.    At the North End?
21            A.    Yes.
22            Q.    But you two weren't there at the same
23     time?
24            A.    No.
```

1   Q.  So you don't have any personal
2   knowledge of what kind of employee he was?
3   A.  I wouldn't know, no.
4   Q.  And what was the last position you
5   held with Central Parking in September of '99?
6   A.  Location manager for -- well, before
7   September '99, there were a few events that
8   happened before my termination.  I was
9   transferred from North End in June to Erie
10  Street, Cambridge, and then to a lot on the Third
11  Street to Kendall Square.  And then from there,
12  they wanted me to work on Saturday with a very
13  short notice for three locations in four months
14  that I was there.
15  Q.  You had been a manager --
16  A.  Manager, yeah.
17  Q.  -- a good number of years at Central
18  Parking and Kinney?
19  A.  Yes.
20  Q.  And as a manager when you were
21  working there, were you aware that employees
22  whose responsibilities including parking or
23  moving cars were required to have valid driver's
24  licenses?

1        A.    Yes.

2        Q.    And that was the requirement, at
3  least at the time that you were working there?

4        A.    If you're in a valet location, yes,
5  you're required to have one.  At some locations,
6  you're not required.  It's not part of the
7  company policy to ask for driver's license as a
8  cashier position.

9        Q.    So if you're a cashier, you don't
10 necessarily have to have a valid driver's
11 license, because you would never be touching a
12 customer's car?

13       A.    Yes.

14       Q.    You weren't involved at all in the
15 decision to terminate Mr. Yohannes's employment?

16       A.    I wasn't there.

17       Q.    So you didn't witness any of the
18 events that led to his termination?

19       A.    No.

20       Q.    You haven't seen any of his personnel
21 records from Central Parking, have you?

22       A.    No.

23       Q.    Do you know why he was terminated
24 from his employment?

```
 1            A.    It wasn't really clear to me.
 2            Q.    Did he tell you why?
 3            A.    He said something with a license,
 4      something like a license.  I don't know if it was
 5      an expired license or he didn't have a license.
 6      I don't know.  But I know he was driving a car,
 7      so he must be licensed to drive a car.  I don't
 8      know.
 9            Q.    You knew he was driving a car at the
10      North End Garage, you mean?
11            A.    No.  Outside when I meet him, he goes
12      into the car and he drives.  I see him doing that
13      on many occasions.
14            Q.    You've seen him driving his own car?
15            A.    His own car, yes.
16            Q.    Did you ever have a conversation with
17      him in which he tried to explain to you why he
18      was terminated from his employment?
19            A.    Not in detail.  He told me the
20      company has a problem with him because of his
21      race, that's what he was saying.  Because the
22      reason is so bogus, a driving license.  I don't
23      know if it's an expired license or if he doesn't
24      have is a license.  I have no idea.  That's the
```

```
 1    explanation that he gave me, that's why he was
 2    fired.
 3         Q.   But do you agree that he had to have
 4    a valid driver's license in order to be in his
 5    position?
 6         A.   For that location, yes.
 7         Q.   Aside from what Mr. Yohannes has told
 8    you about his termination, do you have any other
 9    information about why he was terminated from
10    Central Parking?
11         A.   That's about it.  This is one time we
12    met at social gatherings.
13         Q.   So any information you do have is
14    information he gave you?
15         A.   Yeah, that's about it.
16         Q.   You haven't spoken with any other
17    employees of Central Parking?
18         A.   No.
19         Q.   And you don't have any personal
20    knowledge of why he was terminated?
21         A.   No, I don't.
22         Q.   When you were employed with Kinney
23    and Central Parking, did you ever conduct audits
24    for checks to make sure your employees had
```