**EXHIBIT F TO AFFIDAVIT OF SANDRA E. KAHN**

**EEOC Charge of Demerew Yohannes**

```
  8.2003  8:40AM    CENTRAL PARKING SYSTEM                                NO.540   P.4/8
                                                                                           p.4
JUL-07-03   01:50pm   From-EEOC BOSTON AREA OFFICE        617-565-3196     T-524  P.003/007  F-012
```

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>161-2003-00457 |
|---|---|---|

**Massachusetts Commission Against Discrimination** and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone No. (Incl Area Code) | Date of Birth |
|---|---|---|
| Mr. Demerew Yohannes | (781) 647-2691 | 01-01-1955 |

Street Address: 27 Derby Street Waltham, MA 02453

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| CENTRAL PARKING SYSTEMS, INC. | 500 or More | (617) 542-1549 |

Street Address: 125 Lincoln Street Boston, MA 02111

*[stamp: RECEIVED JUN 30 2003 BOSTON AREA OFFICE]*

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

☒ RACE  ☒ COLOR  ☐ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 06-02-2003   Latest: 06-02-2003
☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I. On June 2, 2003, I was discharged from my position of Assistant Manager and Bookkeeper by the above named Respondent after not being able to produce a valid MA Driver's License. I believe the reason for my discharge is because of my race and color (Black), and my national origin (Ethiopian), in violation of Title VII of the Civil Rights Act of 1964, as amended. A former (White) co-worker, Jessip Verdi was not able to produce a valid MA Driver's License, (his was revoked) but he was promoted.

II. The reason given for my discharge by Edwin Crean, Senior Director of Operations, was falsification of records and a misrepresentation because I did not have a valid driver's license, since I allegedly "frequently drove customer cars". I never had reason to drive (valet park) customer cars.

III. I believe I have been a victim of unlawful discrimination in employment because of my race and color (Black), and my national origin (Ethiopian), in violation of Title VII of the Civil Rights Act of 1964, as amended, and the anti-discriminatory statutes for the State of Massachusetts.

*[Notary stamp: SUSAN M. BUCCERI, Notary Public, My Commission Expires November 27, 2009]*

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Jun 30, 2003
Date / Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year) June 30, 2003