UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DEMEREW YOHANNES }<br>    Plaintiff, }<br>}<br>v. }<br>}<br>CENTRAL PARKING }<br>SYSTEM, INC. }<br>    Defendant. }<br>} | | C.A. No. 03-12390 NG |

**PLAINTIFF'S MOTION TO ENALRGE TIME FOR FILING AN OPPOSITION TO THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Now comes the Plaintiff Demerew Yohannes in the above-captioned proceeding and respectfully requests that this Honorable Court enlarge the time for filing of the Plaintiff's opposition to the Defendant's motion for summary judgment until March 31, 2005. As grounds for this motion, the Plaintiff states the following:

1. Attorney Stephen Hrones has been on vacation out of the country and will not return until April 5, 2005; attorneys Jessica Hedges and Michael Tumposky have been compensating for his absence.

2. The parties were engaged in a last-ditch effort to settle the matter during the original time period for filing the Plaintiff's opposition.

3. Counsel spoke with Defendant's counsel yesterday morning and requested her assent to this motion. Defendant's counsel stated that she had to speak with her client first. As of the time of the filing of this motion, counsel had not heard back from Defendant's counsel.

                                             Respectfully Submitted,
                                             The Plaintiff Demerew Yohannes,
                                             By his attorneys,

                                             //S//Michael L Tumposky

        Stephen B. Hrones (BBO #242860)
        Jessica D. Hedges (BBO #645847)
        Michael L Tumposky (BBO #660618)
        HRONES GARRITY & HEDGES LLP
        Lewis Wharf, Bay 232
        Boston, Massachusetts 02110
        T)617/227-4019;FX)617/227-3908

**CERTIFICATE OF SERVICE**

I, Michael L Tumposky, hereby certify that on this 25th day of March, 2005, I served a copy of the foregoing ASSENTED-TO MOTION TO ENALRGE TIME FOR FILING AN OPPOSITION TO THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, where unable to do so electronically, via United States First-Class mail, postage prepaid, as follows: Mark H Burak, Esq., Sandra E Kahn, Esq., MORSE BARNES-BROWN & PENDLETON, Reservoir Place, 1601 Trapelo Rd, Waltham, MA 02457.

        //S//Michael L Tumposky_____
        Michael L Tumposky