UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DEMEREW W. YOHANNES,    }
                                   }
    Plaintiff,                }
                                   }
v.                                 }    Civil Action No:  03-12390 NG
                                   }
CENTRAL PARKING        }
SYSTEMS, INC.              }
                                   }
    Defendant.              }
                                   }

## PLAINTIFF'S CONCISE STATEMENT OF MATERIAL FACTS

Pursuant to L.R. 56.1, Plaintiff hereby submits this Concise Statement of Material Facts of record in support of its opposition to Defendant's Motion for Summary Judgment.

## MATERIAL FACTS

1.    Defendant Central Parking Systems of Massachusetts, Inc. ("Central Parking") operates parking facilities across the state, including the North End Garage, located in Boston, Massachusetts.  The North End Garage is a valet parking facility.  Affidavit of Edwin Crean ("Crean Aff.") ¶¶ 2-3.

2.    Plaintiff Demerew Yohannes ("Yohannes") is Ethiopian.  Deposition of Yohannes, June 28, 2004 ("Dep. I").

3.    Plaintiff began working as an Assistant Manager in the North End Garage in the fall of 2001.  Crean Aff. ¶3.  His responsibilities included running the shift, guiding employees, making sure customers were taken care of, collecting tickets, completing transactions, picking up cash, and occasionally moving cars.  Deposition of Edwin Crean, October 27, 2004 ("Crean Dep."), p.

25.     However, he never moved cars after his license expired.  Deposition of Demerew Yohannes, August 26, 2004 ("Yohannes Dep. II"), pp. 65-66.

4.      Plaintiff was terminated on June 2, 2003, for allegedly lying about the validity of his license. Crean Aff. ¶ 11; Crean Dep., pp. 16-17.  The termination followed an audit conducted by the Human Resources Manager, Karen Poliseno ("Poliseno").  Crean Dep., p. 33.  It was the first such audit conducted by Central Parking.  Id.

5.      No employee in management had ever before been suspended for an expired driver's license.  Crean Dep., pp. 33-34.

6.      When Plaintiff was hired by Central Parking's predecessor, Schwartz Parking, he possessed a valid driver's license.  Yohannes Dep. II, p. 47.

7.      In January, 2003, Plaintiff attempted to renew his valid driver's license, but he was denied because of a lien on his license.  Yohannes Dep. II, p. 51.

8.      In May, 2003, Plaintiff spoke with Poliseno on the telephone and told her that his license had expired.  Yohannes Dep. II, pp. 94-95.

9.      On May 22, 2003, Plaintiff attended a meeting with Senior Director of Operations, Edwin Crean ("Crean") and Poliseno.  At this meeting, Plaintiff told his superiors that his license had expired.  Crean Dep. pp. 8, 17-19; Crean Aff. ¶6.

10.     Defendant learned that Mr. Abduhali and Mr. German, two non-Ethiopian employees, did not have valid drivers licenses at the same time Central Parking learned of Plaintiff's expired license. Crean Aff. ¶ 13.  These two employees received written warnings, but they were not fired.  Affidavit of Karen Poliseno ("Poliseno Aff.") ¶¶ 4-5.

11.	Guiseppe Verdi ("Verdi"), a white manager, was promoted within the Central Parking hierarchy despite the fact that he did not have a valid driver's license.  Yohannes Dep. I, pp. 10, 12.  Plaintiff knew that Verdi did not have a valid driver's license because Verdi told him.  Id. at 15.

13.	Ayelew Makonnen, a man of Ethiopian descent and former employee of Central Parking, was terminated in November, 1998.  Mr. Makonnen is of Ethiopian heritage.  Deposition of Ayelew Makonnen ("Makonnen Dep."), pp. 11, 39-40.

|  |  |
|---|---|
|  | Respectfully submitted<br>Plaintiff Demerew Yohannes<br>By his attorneys, |
| Dated: March 31, 2005 | //S//Michael L Tumposky<br>Stephen B. Hrones<br>BBO#242860<br>Jessica D. Hedges<br>BBO#645847<br>Michael Tumposky<br>BBO# 660618<br>Hrones, Garrity & Hedges<br>Lewis Wharf - Bay 232<br>Boston, MA 02110-3927<br>(617) 227-4019 |

**CERTIFICATE OF SERVICE**

Served via electronic filing unless unable to do so; then, United States First-Class Mail, postage prepaid.

//S//Michael Tumposky
Michael Tumposky