UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
DEMEREW W. YOHANNES,                 )
     Plaintiff,                      )
                                     )
     v.                              )    C.A. No. 03-12390-NG
                                     )
CENTRAL PARKING SYSTEMS, INC.,       )
     Defendant.                      )
_____
```
GERTNER, D.J.:

## JUDGMENT

For the reasons set forth in the accompanying Memorandum and Order, defendant's motion for summary judgment [docket entry # 26] is **GRANTED**.  **JUDGMENT** is hereby entered for defendant, and the above-captioned case is **DISMISSED**.

**SO ORDERED.**

Date: August 26, 2005                    /s/NANCY GERTNER, U.S.D.J.